**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IVAN ANTONYUK, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, and GUN OWNERS OF AMERICA NEW YORK, INC., | ) ) ) ) | **NOTICE OF MOTION FOR PRELIMINARY INJUNCTION** |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:22-cv-00734-GTS-CFH |
| KEVIN P. BRUEN, in his Official Capacity as Superintendent of the New York State Police, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**PLEASE TAKE NOTICE**, that upon the accompanying memorandum of point and authorities in support of Plaintiffs' Motion for Preliminary and/or Permanent Injunction and all prior proceedings, as soon as can be heard, Plaintiffs will make a motion, pursuant to Fed. R. Civ. P. 65, before the Hon. District Court Chief Judge Glenn T. Suddaby at the United States District Court, Northern District of New York, Syracuse, New York, for an Order granting Plaintiffs' Motion for Preliminary and/or Permanent Injunction.  Plaintiffs request oral argument.

 **Dated: July 20, 2022.**

  Respectfully submitted,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
NDNY Bar Roll# 520383

Robert J. Olson (VA # 82488)
William J. Olson, PC
370 Maple Ave. West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (T)
703-356-5085 (F)
wjo@mindspring.com
*Pro Hac Vice* paperwork forthcoming

1

**CERTIFICATE OF SERVICE**

I Stephen D. Stamboulieh, hereby certify that I have on this day, caused the foregoing document or pleading to be electronically mailed to the following non-ECF participants, and certify that I have spoken with Counsel listed below, and advised that a Motion for Preliminary Injunction would be filed, and was advised I could send to him by electronic mail:

Michael G. McCartin
Assistant Attorney General | Special Counsel
Litigation Bureau
N.Y.S. Attorney General's Office
The Capitol
Michael.McCartin@ag.ny.gov

Dated: July 20, 2022.

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh