UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IVAN ANTONYUK, GUN OWNERS OF AMERICA,
INC., GUN OWNERS FOUNDATION, and GUN
OWNERS OF AMERICA NEW YORK, INC.,

                    Plaintiffs,

          -against-                                Case No. 22 Civ. 734 (GTS) (CFH)

KEVIN P. BRUEN, in his official capacity as         **NOTICE OF APPEARANCE**
Superintendent of the New York State Police,

                    Defendant.
-------------------------------------------------------------------X

      PLEASE TAKE NOTICE that JAMES M. THOMPSON, Special Counsel for Second

Amendment Litigation in the Office of LETITIA JAMES, Attorney General of the State of New

York, certifies that he is admitted to practice before this Court and hereby appears as counsel of

record for Defendant KEVIN P. BRUEN in the above-referenced action.


Dated:   New York, New York
         July 21, 2022

                                LETITIA JAMES
                                Attorney General of the State of New York
                                <u>Attorney for Superintendent Bruen</u>


                                By:
                                  James M. Thompson
                                  Special Counsel
                                  NDNY Bar Roll No. 703513
                                  28 Liberty Street
                                  New York, New York 10005
                                  (212) 416-6556
                                  james.thompson@ag.ny.gov


CC:   All counsel of record (via ECF)