

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**LETITIA JAMES**
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2620

August 2, 2022

**By ECF**

Hon. Glenn T. Suddaby
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

Re:   *Antonyuk, et al. v. Bruen*, No. 1:22-CV-734 (N.D.N.Y) (GTS/CFH)

Dear Chief Judge Suddaby:

This Office represents Defendant Kevin P. Bruen, in his official capacity as Superintendent of the New York State Police. The Court's Clerk set August 3, 2022 as the due date for Defendant Bruen to file his answering papers in response to the Complaint. ECF No. 8. The Court has issued a text order granting Defendant Bruen until August 15, 2022 to file his Response to Plaintiffs' motion for a preliminary injunction. ECF No. 12.

In light of this text order, Defendant Bruen respectfully requests that his answering papers in response to the Complaint also be due on the same August 15, 2022 date as the Response to the motion for a preliminary injunction. I have previously spoken to Plaintiffs' counsel about this request, and they do <u>not</u> oppose it.

Thank you kindly for your consideration of this matter.

Respectfully submitted,

*s/ Michael McCartin*

Michael G. McCartin
Assistant Attorney General | Special Counsel
Bar Roll No. 511158
(518) 776-2620
Michael.McCartin@ag.ny.gov

Hon. Glenn T. Suddaby
August 2, 2022
Page 2 of 2


cc: <u>By ECF</u>
    All Counsel of Record