UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVAN ANTONYUK, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, and GUN OWNERS OF AMERICA NEW YORK, INC., | **NOTICE OF MOTION TO DISMISS** |
| Plaintiffs, | 1:22-CV-734 |
| against | (GTS/CFH) |
| KEVIN P. BRUEN, in his official capacity as Superintendent of the New York State Police, | |
| *Defendant*. | |

　　PLEASE TAKE NOTICE that upon the Defendant's Memorandum of Law in Support of Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) and upon the Declaration of Michael G. McCartin, dated August 15, 2022, with the annexed exhibits, and upon all prior proceedings, the Defendant will move this Court at a date and time to be established by the Court at the United States District Court, Northern District of New York, Syracuse, New York, for an order dismissing the case pursuant to Federal Rule of Civil Procedure 12(b)(1), and granting such other and further relief as the Court deems just and proper.

Dated: August 15, 2022

> LETITIA JAMES
> Attorney General
> State of New York
> *Attorney for the Defendant*
> The Capitol
> Albany, New York 12224
>
> By: _____
> James M. Thompson
> Special Counsel
> Bar Roll No. 703513
> 28 Liberty Street
> New York, NY 10005
> (212) 416-6556
> james.thompson@ag.ny.gov
>
> s/ *Michael McCartin*
> MICHAEL G. McCARTIN
> Special Counsel
> Bar Roll No. 511158
> (518) 776-2620
> Michael.McCartin@ag.ny.gov

To:  All Attorneys of Record (via CM/ECF)