# ⓢ Stambouloieh Law, PLLC

P.O. Box 428, Olive Branch, MS 38654 | (601) 852-3440 | stephen@sdslaw.us

August 18, 2022

Hon. Glenn T. Suddaby                                                          *via ECF*
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

      **Re:** *Antonyuk, et al. v. Bruen,* No. 1:22-CV-734 (N.D.N.Y) (GTS/CFH)

Dear Chief Judge Suddaby:

      I represent the Plaintiffs in the above-styled action. Please accept this letter as Plaintiffs' Request to File Excess Pages. Plaintiffs request the Court allow them to file a Reply brief not to exceed forty (40) pages in length.

      The additional pages are necessary to fully reply to Defendant's 65-page memorandum and 54 exhibits spanning over 650 pages. Defendant has additionally raised an issue about standing and an issue over whether the Defendant is the correct party. Plaintiffs address both in their Reply, but given the breadth of Defendant's Opposition, Plaintiffs need additional pages to respond appropriately to the remainder of his arguments.

      Plaintiffs' original memorandum was twenty-five pages. Under the Local Rules, Plaintiffs would be entitled to a reply of ten pages for a total of thirty-five pages of briefing. Likewise, normally an opposition would be limited to twenty-five pages. Plaintiffs seek to file a Reply not to exceed forty pages which, together with Plaintiffs' Memorandum, provide Plaintiffs the same number of pages of briefing as Defendant.

      I emailed counsel for Defendant to seek their position on Plaintiffs' requested relief, and Defendant's counsel advised that they have no objection to this request.

//

//

We thank the Court in advance for its consideration.

Yours very truly,

Stephen D. Stamboulieh

cc:   All counsel of record (via ECF)