IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVAN ANTONYUK, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, and GUN OWNERS OF AMERICA NEW YORK, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KEVIN P. BRUEN, in his Official Capacity as Superintendent of the New York State Police, <br><br> Defendant. | Civil Action No. 1:22-cv-00734-GTS-CFH |

## DECLARATION OF STEPHEN D. STAMBOULIEH

1. My name is Stephen D. Stamboulieh and I am counsel for the Plaintiffs in this matter. I am a member of the Bar of this Court.

2. I make this declaration in support of Plaintiffs' Reply for the limited purpose of putting certain documents referenced in the Reply before the Court.

3. Unless otherwise stated, the facts and circumstances set forth in this declaration are based upon my personal knowledge and review of the documents and information available to me.

4. Attached as Exhibit "1" is the Supplemental Declaration of Erich Pratt.

5. Attached as Exhibit "2" is the Supplemental Declaration of William Robinson.

6. Attached as Exhibit "3" is the Supplemental Declaration of Ivan Antonyuk

I declare under penalty of perjury that the foregoing is true and correct.

Dated:

Syracuse, New York

8/22/2022                                              /s/ Stephen D. Stamboulieh
                                                       **Stephen D. Stamboulieh**

## CERTIFICATE OF SERVICE

    I Stephen D. Stamboulieh, hereby certify that I have on this day, caused the foregoing document or pleading to be electronically filed with the Court's CM/ECF system which caused a notice to be generated and a copy of the foregoing to be delivered to all counsel of record.

    Dated: August 22, 2022.

                                            */s/ Stephen D. Stamboulieh*
                                            Stephen D. Stamboulieh