UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

## EXHIBIT LIST

**CASE NAME:** Antonyuk, et al. v. Bruen

**CASE NUMBER:** 1:22-cv-0734

Page ____ of ____

**DATE:** August 23, 2022

**PRESIDING JUDGE:** HON. GLENN T. SUDDABY

( ) PLAINTIFFS    ( X ) DEFENDANT    ( ) COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| D-1 | | | | | PP3 – Form, Application |
| D-2 | | | | | GOA Webpage |
| D-3 | | | | | |
| D-4 | | | | | |
| D-5 | | | | | |
| D-6 | | | | | |
| D-7 | | | | | |

EXHIBITS RETURNED TO COUNSEL   (Date): _____    Signature: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

## EXHIBIT LIST

**CASE NAME:** Antonyuk, et al. v. Bruen

**CASE NUMBER:** 1:22-cv-0734

Page ____ of ____

**DATE:** August 23, 2022

**PRESIDING JUDGE:** HON. GLENN T. SUDDABY

(  ) PLAINTIFFS     ( X )  DEFENDANT     (  ) COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| D-8 | | | | | |
| D-9 | | | | | |
| D-10 | | | | | |
| D-11 | | | | | |
| D-12 | | | | | |
| D-13 | | | | | |
| D-14 | | | | | |

EXHIBITS RETURNED TO COUNSEL   (Date): _____       Signature: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

## EXHIBIT LIST

**CASE NAME:** Antonyuk, et al. v. Bruen

**CASE NUMBER:** 1:22-cv-0734

**DATE:** August 23, 2022

**PRESIDING JUDGE:** HON. GLENN T. SUDDABY

Page ____ of ____

( ) PLAINTIFFS     ( X ) DEFENDANT     ( ) COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| D-15 | | | | | |
| D-16 | | | | | |
| D-17 | | | | | |
| D-18 | | | | | |
| D-19 | | | | | |
| D-20 | | | | | |
| D-21 | | | | | |

EXHIBITS RETURNED TO COUNSEL   (Date): _____     Signature: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

## EXHIBIT LIST

**CASE NAME:** Antonyuk, et al. v. Bruen

**CASE NUMBER:** 1:22-cv-0734

**DATE:** August 23, 2022

Page ____ of ____

**PRESIDING JUDGE:** HON. GLENN T. SUDDABY

( )  PLAINTIFFS       ( X )  DEFENDANT       ( )  COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| D-22 | | | | | |
| D-23 | | | | | |
| D-24 | | | | | |
| D-25 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

EXHIBITS RETURNED TO COUNSEL   (Date): _____    Signature: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

## EXHIBIT LIST

**CASE NAME:** Antonyuk, et al. v. Bruen

**CASE NUMBER:** 1:22-cv-0734

Page ____ of ____

**DATE:** August 23, 2022

**PRESIDING JUDGE:** HON. GLENN T. SUDDABY

( ) PLAINTIFFS     ( X ) DEFENDANT     ( ) COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

EXHIBITS RETURNED TO COUNSEL   (Date): _____     Signature: _____